

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00760-CV

John Loan **PRICE,**
Appellant

v.

**MG BUILDING MATERIALS, LTD.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 20417CV05199
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by December 31, 2018. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, within fifteen (15) days of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court